AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INSTAGRAM USER account (L.P.), as more fully described in the Affidavit of SA Tracey Woodruff, dated May 20, 2020 | ) ) ) ) ) ) Case No. |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information associated with INSTAGRAM account, that is stored on premises controlled by Instagram, more fully described in Attachment A of the Affidavit of SA Tracey Woodruff, dated May 20, 2020.

located in the _____ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of a crime, and property designed for use, intended for use, or used in committing a crime, as more fully described in Attachment B (II) to the Affidavit od SA Tracey Woodruff, dated May 20, 2020.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 16 USC 3372(a)(2)(A)<br>16 USC 3373(d)(2) | Unlawfully imported, exported, transported, sold, received, acquired, or purchased in interstate or foreign commerce any fish or wildlife taken, possessed, transported, or sold. |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Tracey Woodruff, SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: May 20, 2020

City and state: Columbia, SC

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE